**Opinion filed August 31, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-22-00080-CR

_____

## CHARAIL DOMINIQUE MCDANIEL, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 28491-A**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. Appellant states that he no longer wishes to pursue an appeal, and he requests that we withdraw his notice of appeal and dismiss this appeal. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

August 31, 2022                                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.